WILLIAM W. BLACKMER, Appellant, *v.* FRED C. GREENE ; JOHN H. ROBINSON, Respondent.

*Blackmer* v. *Greene,* 20 App. Div. 532, affirmed.
(Argued October 18, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 1, 1897, which reversed an order of Special Term

denying a motion by a judgment creditor of the defendant Greene to set aside and vacate plaintiff's judgment against him.

*C. H. Sturges* for appellant.

*Edgar T. Brackett* for respondent.

Order affirmed on opinion below, with costs.
All concur.